IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | |
|---|---|
| **COURTNEY ADKINS, individually** and on behalf of those similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>**CREDIT ACCEPTANCE CORPORATION,**<br><br>    Defendant/Third-Party Plaintiff<br><br>v.<br><br>**BRANDON ADKINS,**<br><br>    Third-Party Defendant. | Case No. 2:16-cv-03343 |

## AGREED STIPULATION OF DISMISSAL

Plaintiff Courtney Sparks f/k/a Courtney Adkins ("Plaintiff"), by counsel, Defendant/Third-Party Plaintiff, Credit Acceptance Corporation ("Credit Acceptance"), by counsel, and Third-Party Defendant, Brandon Adkins ("Third-Party Defendant"), by counsel, (collectively, the "Parties"), hereby advise the Court that the matters at issue in the present action, which concern the claims set forth in Plaintiff's Second Amended Complaint (the "Complaint") and Credit Acceptance's Third-Party Complaint, have been compromised, agreed, and settled.  Accordingly, the Parties hereby submit this Agreed Stipulation of Dismissal, dismissing: (1) Plaintiff's Complaint in its entirety with prejudice against Credit Acceptance Corporation, and (2) Credit Acceptance's Third-Party Complaint in its entirety with prejudice against Third-Party Defendant.

Dated: September 7, 2017                Respectfully Submitted,

**CREDIT ACCEPTANCE CORPORATION**

     /s/ *John C. Lynch*
John C. Lynch (WV Bar No. 6627)
Jason E. Manning (WV Bar No. 11277)
Jonathan M. Kenney (WV Bar No. 12458)
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1524
E-mail: john.lynch@troutmansanders.com
E-mail: jason.manning@troutmansanders.com
E-mail: jon.kenney@troutmansanders.com

Stephen W. King (*admitted pro hac vice*)
King & Murray, PLLC
355 S. Old Woodward, Suite 100
Birmingham, MI 48009
Telephone: 248-792-2398
Facsimile: 248-646-8747
E-mail: sking@kingandmurray.com

Carrie Goodwin Fenwick (WVSB #7164)
Goodwin & Goodwin
P.O. Box 2107
Charleston, WV 25328-2107

*Counsel for Defendant/Third-Party Plaintiff*

**COURTNEY SPARKS f/k/a**
**COURTNEY ADKINS**

     /s/ *Ryan M. Donovan* signed with permission
Jonathan R. Marshall (WVSB No. 10580)
Ryan M. Donovan (WVSB No. 11660)
Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV 25301
(304) 345-6555
(304) 342-1110 (facsimile)

*Counsel for Plaintiff*

2

**BRANDON ADKINS**

/s/ *Benjamin Sheridan* <u>signed with permission</u>
Benjamin M. Sheridan (WVSB No. 11296)
Klein & Sheridan, LC
3566 Teays Valley Rd.
Hurricane, West Virginia 25526
(304) 562-7111
(304) 562-7115 (facsimile)

*Counsel for Third-Party Defendant*

THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | |
|---|---|
| **COURTNEY ADKINS, individually and on behalf of those similarly situated,**<br><br>　　Plaintiff,<br><br>v.<br><br>**CREDIT ACCEPTANCE CORPORATION,**<br><br>　　Defendant/Third Party Plaintiff,<br><br>v.<br><br>**BRANDON ADKINS,**<br><br>　　Third-Party Defendant. | Case No. 2:16-cv-03343 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

**Counsel for Plaintiff**
Jonathan R. Marshall (WVSB No. 10580)
Sandra Henson Kinney (WVSB No. 6329)
Ryan M. Donovan (WVSB No. 11660)
Maigreade B. Burrus (WVSB No. 12518)
Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV 25301
(304) 345-6555
(304) 342-1110 (facsimile)

**Counsel for Third-Party Defendant**
Benjamin Sheridan (WVSB No. 11296)
Klein & Sheridan, LC
3566 Teays Valley Road
Hurricane, WV 25526
(304) 562-7111

/s/ *John C. Lynch*
John C. Lynch (WV Bar No. 6627)
*Counsel for Defendant*
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1524
E-mail: john.lynch@troutmansanders.com