IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

COURTNEY ADKINS,

                Plaintiff,

v.                                                                     CIVIL ACTION NO.   2:16-cv-03343

CREDIT ACCEPTANCE CORPORATION,

                Defendant.

**ORDER OF DISMISSAL**

By stipulation signed by the parties, the Court has been notified that the above-styled civil action have been compromised and settled.   (ECF No. 59.)   Therefore, the Court **LIFTS** the stay and **ORDERS** that this civil action, including the claims set forth in Plaintiff's Second Amended Complaint and Credit Acceptance's Third-Party Complaint, be **DISMISSED WITH PREJUDICE** and retired from the docket of the Court, subject to reopening on motion of any party, and for good cause shown, within 90 days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

      **IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER:      September 12, 2017

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE